FILED

12/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0272

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0272

_____

PLANNED PARENTHOOD OF MONTANA
and PAUL FREDERICK HENKE, M.D., on
behalf of themselves and their patients,

     Plaintiffs and Appellees,

     v.

STATE OF MONTANA and AUSTIN
KNUDSEN, Attorney General of the State of
Montana, in his official capacity, and his agents
and successors,

     Defendants and Appellants.

_____

O R D E R

     Nicole Saharsky, of Washington, DC, has submitted an application to appear pro hac vice before this Court in the above-entitled cause.

     The application demonstrates that Petitioner Saharsky is currently in good standing with another state jurisdiction in which Saharsky is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner. According to the Bar Admissions Administrator, however, this would be the fourth appearance of Petitioner's firm before this Court. Rule VI(C) of our Rules for Admission to the Bar of Montana requires a showing of good cause before an attorney *or firm* may be granted leave to appear pro hac vice in more than two actions or proceedings. Pending consideration of a renewed application with a statement of good cause,

     IT IS HEREBY ORDERED that the application of Nicole Saharsky to appear pro hac vice in the above-entitled cause is DENIED without prejudice.

     The Clerk is directed to provide copies of this order to Nichole Saharsky, to all counsel of record in this appeal, and to the State Bar of Montana.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 18 2023